UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HAVILAND,<br><br>                    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | NO: 2:15-CV-0299-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT are the parties' Stipulated Motion for Remand (ECF No. 17) and the Magistrate Judge's Report and Recommendation to Grant the Stipulated Motion (ECF No. 18). Since the parties have come to an agreement, there is no reason to delay entry of this Order.

The parties have agreed that this case should be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

//

//

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 17) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision.

2. All other pending motions and hearings are denied as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** September 29, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2